because of the existence of valid, particular estates. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SUMNER HASKELL, Appellant.— Judgment of conviction and order affirmed. All concur, except Clark, J., who dissents and votes for reversal on the law on the ground that there is not sufficient corroboration of the complainant and that there is no evidence that the complainant is not the wife of the defendant, and Taylor, J., who dissents and votes for reversal on the law upon the sole ground that there is no proof of the non-marriage of the complainant and the defendant. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

MICHAEL J. HOGAN, as Administrator, etc., of CATHERINE HOGAN, Deceased, Respondent, v. JOHN F. MILLER and Others, Appellants.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

R. LEWIS FULLER, an Infant, by E. LEWIS FULLER, His Guardian ad Litem, Respondent, v. WILLIAM SIERADZKI, Appellant.— Judgment and order reversed on the facts and new trial granted, with costs to appellant to abide event, upon the ground that the finding that the plaintiff was free from contributory negligence is against the weight of the evidence. All concur, except Clark and Taylor, JJ., who dissent and vote for affirmance. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

ELIZABETH BURGUN, Respondent, v. NEW YORK STATE RAILWAYS, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

MARTIN WOLOSZYN, Respondent, v. PENNSYLVANIA RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

FLORENCE GREENBERG, Appellant, v. SIBLEY, LINDSAY & CURR COMPANY, Respondent.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

JOHN W. KUESTER, Respondent, v. PAIGE SALES CO., INC., Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

E. MARIE WILSON, Respondent, v. SYRACUSE AMERICAN NEWSPAPER CORPORATION, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

WALTER M. ALDRICH, Respondent, v. CITY OF SYRACUSE and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

HAMILTON WARD, Appellant, v. NICK ORSINI and Another, Respondents.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

HARRY MEADWAY, Respondent, v. MASSACHUSETTS BONDING AND INSURANCE COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

SARAH A. MEADWAY, Respondent, v. MASSACHUSETTS BONDING AND INSURANCE COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied,